UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CARMEN ZIAI,

    Plaintiff,

v.                                                      CASE NO: 8:05-cv-1155-T-23TGW

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

### ORDER

The plaintiff files a notice (Doc. 4) of voluntary dismissal with prejudice. Rule 41(a)(1)(I), Federal Rules of Civil Procedure. Accordingly, the notice is **APPROVED** and the action is **DISMISSED WITHOUT PREJUDICE**. The Clerk shall close the file.

ORDERED in Tampa, Florida, on _____July 5th_____, 2005.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc:    Courtroom Deputy